[No. 67161-8-I.   Division One.   October 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN BARND-SPJUT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-00360-0, James E. Warme, J., entered March 30, 2010. *Reversed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 39823-1-II.   Division Two.   November 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN C. CEARLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 07-1-00269-1, Michael J. Sullivan, J., entered September 24, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 40418-4-II.   Division Two.   November 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY JAMES LAFEVER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-00220-4, James J. Stonier, J., entered March 2, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 28919-2-III.   Division Three.   November 3, 2011.]

*In the Matter of the Custody of* T.L.

PAMELA J. LINK, *Respondent*, v. TIA R. LINK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-3-00424-4, Gregory D. Sypolt, J., entered March 4, 2010. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J. Now published at 165 Wn. App. 268.